**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**


JIMMY DEAN BALENTINE,                  )
Register No. 516421,                   )
                                       )
                    Plaintiff,         )
                                       )
        v.                             )        No. 04-4012-CV-C-NKL
                                       )
BRUCE SHOCKLEY, et al.,                )
                                       )
                    Defendants.        )

## ORDER

On May 3, 2005, the United States Magistrate Judge recommended dismissing plaintiff's claims against defendant Mrs. Hedge, pursuant to the provisions of Fed. R. Civ. P. 4(m), for failure to obtain service of process. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). Process has not been obtained on Ms. Hedge, although plaintiff was granted a 60-day extension of time in which to do so.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's claims against defendant Mrs. Hedge are dismissed, pursuant to Fed. R. Civ. P. 4(m).


/s/ _____

NANETTE K. LAUGHREY
United States District Judge

Dated:  August 19, 2005
Jefferson City, Missouri