# UNITED STATES DISTRICT COURT

## Western District of Missouri

JIMMY DEAN BALENTINE, Register No. 516421           JUDGMENT IN A CIVIL CASE

    v.

BRUCE SHOCKLEY, et al

Case Number:  04-4012-CV-C-NKL

_      *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_x      *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

–      that defendants' motion for summary judgment is granted and plaintiff's claims are dismissed.

ENTERED ON:  December 7, 2005

December 7, 2005                       PATRICIA L. BRUNE

Date                                     Clerk

                                            /s L. Bax

                                            (By) Deputy Clerk